UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80888-CIV-DIMITROULEAS/SNOW

COMPREHENSIVE HEALTH CARE
SYSTEMS, INC., a Florida Corporation,
individually and as the representative of a
class of similarly-situated persons,

    Plaintiff,

vs.

FLORIDA PIP LAW FIRM, P.A.,
and JOHN DOES 1-12,

    Defendants.

_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE 5], and the Court having considered the Motion and being otherwise duly advised in the premises, it is hereby **ORDERED and ADJUDGED** that:

The Notice [DE 5] is hereby **APPROVED** and this action is hereby **DISMISSED**. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of June, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record